UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor by and through her Guardian Ad Litem, AMBER MOORE, et al., | CASE NO. CV F 13-1699 LJO JLT |
| Plaintiff, | **ORDER TO VACATE HEARING WITH FILING OF REMAND MOTION** |
| vs. | (Doc. 9) |
| McKESSON CORPORATION, et al., | |
| Defendants. | |

On November 21, 2013, plaintiffs filed their motion to remand and set a January 7, 2014 hearing. On November 26, 2013, defendant McKesson Corporation ("McKesson") filed its F.R.Civ.P. 12(c) motion for judgment on the pleadings and set a January 8, 2014 hearing. To maximize its limited resources, this Court is unable to address McKesson's motion for judgment on the pleadings until this Court's jurisdiction and remand issues are resolved. As such, this Court VACATES the January 8, 2014 hearing on McKesson's motion for judgment

1

1  on the pleadings and ORDERS the parties not to appear on January 8, 2014.  If remand is
2  denied, McKesson may reset a hearing on its motion for judgment on the pleadings before U.S.
3  District Judge Lawrence J. O'Neill in compliance with minimum notice required by Local Rule
4  230(b).

6  IT IS SO ORDERED.

7  Dated:   **November 27, 2013**              **/s/ Lawrence J. O'Neill**
8                                                                    UNITED STATES DISTRICT JUDGE