J. Paul Sizemore, CA Bar #254981
Ruth Rizkalla, CA Bar #224973
**SIZEMORE LAW FIRM**
2101 Rosecrans Avenue, Suite 3290
El Segundo, CA 90245
Telephone (310) 322-8800
Facsimile (310) 322-8811
paul@sizemorelawfirm.com
rizkalla@sizemorelawfirm.com

John H. Gomez, CA Bar # 171485
John P. Fiske, CA Bar # 249256
Stephanie S. Poli, CA Bar #286239
**GOMEZ IAGMIN TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone (619) 237-3490
Facsimile (619) 237-3496
john@gomeziagmin.com
fiske@gomeziagmin.com
spoli@gomeziagmin.com

Adam D. Peavy, Texas Bar #24029766
(*pro hac vice* admission requested)
**BAILEY PEAVY BAILEY PLLC**
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone (713) 425-7100
Facsimile (713) 425-7101
apeavy@bpblaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.F., a minor by and through her Guardian Ad Litem, AMBER MOORE, and AMBER MOORE, Individually,<br><br>        Plaintiffs,<br> vs.<br><br>McKESSON CORPORATION and SMITHKLINE BEECHAM CORPORATION D/B/A, GLAXOSMITHKLINE, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:13-CV-01699-LJO-JLT<br><br>**STIPULATION TO CONTINUE THE REMAND HEARING**<br><br>(Doc. 19) |

WHEREAS a Remand Hearing is currently scheduled for January 7, 2014, at 8:30 a.m.

WHEREAS, good cause exists to continue the Remand Hearing until January 14, 2014, at 8:30 a.m.

WHEREAS, there have been no prior requests for extension of the Remand Hearing.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the Remand Hearing should be continued to January 14, 2014, at 8:30 a.m.  The corresponding due date for the Reply Papers will be January 7, 2014 accordingly.

DATED:  December 24, 2013          KING & SPALDING LLP

                                   By:      /s/ William E. Steimle[1]
                                   WILLIAM E. STEIMLE
                                   Attorneys for Defendants
                                   GLAXOSMITHKLINE LLC

DATED:  December 24, 2013          GOMEZ IAGMIN TRIAL ATTORNEYS

                                   By:      /s/ Stephanie Poli
                                   STEPHANIE POLI
                                   Attorneys for Plaintiffs

IT IS SO ORDERED.

   Dated:  **December 27, 2013**            **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] I, Stephanie Poli, hereby attest that William E. Steimle has agreed to permit his e-signature to be affixed to this document.